IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV365

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al,<br><br>                            Plaintiff,<br><br>v.<br><br>W. R. BONSAL CO.,<br>                            Defendant. | **ORDER GRANTING<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

      **THIS MATTER** is before the Court upon the motion of Defendant to allow Michael T. Hosmer to appear *Pro Hac Vice*, filed September 9, 2005.

      Upon careful review and consideration, this Court will grant the Defendant's application.

      In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Hosmer is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

**Signed: September 13, 2005**

Graham C. Mullen
Chief United States District Judge