IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV365

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br>                               Plaintiff, <br> v. <br> W.R. BONSAL CO. <br>                              Defendant. | **ORDER GRANTING** <br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

      **THIS MATTER** is before the Court upon the motion of Plaintiff to allow Daniel P. Ring to appear *Pro Hac Vice*, filed October 7, 2005.

      Upon careful review and consideration, this Court will grant the Plaintiff's Application.

      In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Ring is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the date of this Order.

      **IT IS SO ORDERED.**

**Signed: October 27, 2005**

Graham C. Mullen
Chief United States District Judge