IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:05cv365-MU

CSX TRANSPORTATION, INC.,

        Plaintiff,

vs.

W.R. BONSAL CO.

        Defendant.

**ORDER FOR ADMISSION PRO HAC VICE**

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice*" (Document No. 12), filed January 3, 2006, by Ryan W. Keevan. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that the "Motion for Admission *Pro Hac Vice*" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1 of this Courts Local Rules of Civil Procedure, Mr. Mountain and Mr. Keenan pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**IT IS SO ORDERED**, this 5th day of January, 2006.

*Graham C. Mullen*
UNITED STATES ~~MAGISTRATE~~ JUDGE

C:\Documents and Settings\Dcoble.NCWD\Local Settings\Temp\notesE5E584\~5606337.rtf

1