UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV365

| | |
|---|---|
| CSX TRANSPORTATION, INc., ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| W.R. BONSAL CO., ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued from the June 5, 2006 term to the **September 5, 2006** term of court.

IT IS SO ORDERED.

Signed: April 25, 2006

Graham C. Mullen
United States District Judge