IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV365

| | |
|---|---|
| CSX TRANSPORTATION, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>W. R. BONSAL CO., )<br>    Defendant. )<br>) | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of plaintiff CSX Transportation, Inc., to allow **Jeffrey D. Cohen** to appear *Pro Hac Vice*, filed August 8, 2006 [doc. #24].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Cohen has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 14, 2006

Graham C. Mullen
United States District Judge